JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.:   702.948.8771 / Fax: 702.948.8773
E-mail:  jwhitmire@santoronevada.com

*Attorneys for Defendant*
*One Nevada Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Joseph J. Smith,<br><br>                              Plaintiff,<br>vs.<br><br>One Nevada Credit Union; and Experian Information Solutions, Inc.<br><br>                              Defendants. | Case No.: 2:17-cv-00193-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ONE NEVADA CREDIT UNION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>(First Request) |

Plaintiff Joseph J. Smith ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant") state the following:

1. The Complaint was filed January 23, 2017. (ECF No. 1).

2. Defendant was served on February 1, 2017.

3. Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until February 22, 2017.

4. Defendant has recently retained counsel.  Said counsel has been in a two-week jury trial in state court.

. . .

. . .

. . .

5. To allow Defendant's counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from February 22, 2017 to March 15, 2017.

**IT IS SO AGREED AND STIPULATED.**

Dated: February 17, 2017.

| PAYNE LAW FIRM LLC | SANTORO WHITMIRE |
|---|---|
| */s/ Sean N. Payne* | */s/ James E. Whitmire* |
| Sean N. Payne (Nev. Bar No. 13216) | James E. Whitmire (Nev. Bar No. 6533) |
| 9550 S. Eastern Ave. Suite 253-A213 | 10100 W. Charleston Blvd., Suite 250 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| Tel. 702.952.2733 | Tel: 702.948.8771 |
| E-mail: seanpayne@spaynelaw.com | E-mail: jwhitmire@santoronevada.com |

David H. Krieger (Nev. Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel. 702. 880.5554
E-mail: dkrieger@hainesandkrieger.com

*Attorney for Defendant One Nevada Credit Union*

Matthew I Knepper (Nev. Bar No. 12796)
Miles N. Clark (Nev. Bar No. 13848)
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, Nevada 89129
Tel. 702.825.6060
E-mail:matthew.knepper@knepperclark.com
          miles.clark@knepperclark.com

*Attorneys for Plaintiff Joseph Smith*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2017