David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH SMITH,<br><br>                    Plaintiff,<br>     v.<br><br>ONE NEVADA CREDIT UNION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 2:17-cv-00193-JAD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

- 1 -

- 2 -

1  Pursuant to District of Nevada Local Rules IA 6-2, 7-1, and 7-2, Plaintiff Joseph Smith
2  ("Plaintiff") and Defendants One Nevada Credit Union ("ONCU") and Experian Information
3  Solutions, Inc. ("Experian") (collectively, the "Parties") agree to extend Plaintiff's deadline to
4  respond to ONCU's Motion to Dismiss from March 29, 2017 to March 31, 2017.  Consequently,
5  the Parties agree that any Reply ONCU elects to file will be due no later than seven days
6  thereafter, April 7, 2017.
7  This is the first request for extension by Plaintiff, and is designed to permit Plaintiff a
8  brief additional period to assess the merits of ONCU's arguments and formulate any response. It
9  is made in good faith, is not being made for the purposes of delay, and will not result in any
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

delay in prosecuting this lawsuit.

**IT IS SO STIPULATED.**

March 29, 2017

| | |
|---|---|
| */s/ Jennifer Braster* <br> Jennifer Braster <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> NAYLOR & BRASTER <br> Phone: (702) 420-7000 <br> Email: jbraster@naylorandbrasterlaw.com <br> *Attorney for Defendant Experian Information Solutions, Inc.* | */s/ James E. Whitmire* <br> James E. Whitmire <br> Nevada Bar No. 6533 <br> SANTORO WHITMIRE <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Phone: (702) 948-8771 <br> Email: jwhitmire@santoronevada.com <br> *Attorney for Defendant One Nevada Credit Union* |

 */s/ Miles Clark*_____
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**ORDER**
**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: __March 29, 2017_____