JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.:   702.948.8771 / Fax: 702.948.8773
E-mail:  jwhitmire@santoronevada.com

*Attorneys for Defendant*
*One Nevada Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Joseph J. Smith,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>One Nevada Credit Union; and Experian Information Solutions, Inc.<br><br>　　　　　　　　Defendants. | Case No.: 2:17-cv-00193-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ONE NEVADA CREDIT UNION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

　　　　Plaintiff Joseph J. Smith ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant") state the following:

　　　　1.　　The Motion to Dismiss was filed on March 15, 2017.  (ECF No. 9).

　　　　2.　　Plaintiff filed his Response on March 31, 2017.  (ECF No. 14).

　　　　3.　　Pursuant to Fed. R. Civ. P. 12, Defendant has seven days to file a reply to the Motion, or until April 7, 2017.

　　　　4.　　The parties agree that Defendant's Reply will be due on April 14, 2017, which is a one week extension.

. . .

. . .

. . .

5. This is the first request for extension by Defendant. Defendant is in trial and needs additional time to sufficiently prepare a Reply brief. This request is made in good faith, is not being made for the purposes of delay, and will not result in any delay in prosecuting this lawsuit.

**IT IS SO AGREED AND STIPULATED.**

Dated: April 6, 2017.

| PAYNE LAW FIRM LLC | SANTORO WHITMIRE |
|---|---|
| */s/ Sean N. Payne* | */s/ James E. Whitmire* |
| Sean N. Payne (Nev. Bar No. 13216) | James E. Whitmire (Nev. Bar No. 6533) |
| 9550 S. Eastern Ave. Suite 253-A213 | 10100 W. Charleston Blvd., Suite 250 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| Tel. 702.952.2733 | Tel: 702.948.8771 |
| E-mail: seanpayne@spaynelaw.com | E-mail: jwhitmire@santoronevada.com |

David H. Krieger (Nev. Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel. 702. 880.5554
E-mail: dkrieger@hainesandkrieger.com

*Attorney for Defendant One Nevada Credit Union*

Matthew I Knepper (Nev. Bar No. 12796)
Miles N. Clark (Nev. Bar No. 13848)
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, Nevada 89129
Tel. 702.825.6060
E-mail:matthew.knepper@knepperclark.com
           miles.clark@knepperclark.com

*Attorneys for Plaintiff Joseph Smith*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 6, 2017.