Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH SMITH,<br><br>Plaintiff,<br>v.<br><br>ONE NEVADA CREDIT UNION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-cv-00193-JAD-CWH<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>ECF No. 29 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc. from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Respectfully submitted,

| Dated: September 5, 2017. | Dated: September 5, 2017. |
|---|---|
| **PAYNE LAW FIRM LLC** | **NAYLOR & BRASTER** |
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | */s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.*<br><br>Dated: September 5, 2017.<br><br>**SANTORO WHITMIRE**<br><br>*/s/ James E. Whitmire*<br>James E Whitmire, Esq.<br>Nevada Bar No. 6533<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*One Nevada Credit Union* |

## **ORDER**

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that **all claims against defendant Experian Information Solutions, Inc. are DISMISSED** with prejudice, each party to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
September 6, 2017