Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH SMITH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ONE NEVADA CREDIT UNION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00193-JAD-CWH<br><br>**STIPULATION OF DISMISSAL OF ONE NEVADA CREDIT UNION, PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>ECF Nos. 9, 31 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant One Nevada Credit Union from the above captioned action, with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

| Dated: October 3, 2017. | Dated: October 3, 2017. |
|---|---|
| **PAYNE LAW FIRM LLC** | **SANTORO WHITMIRE** |
| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | /s/ James E. Whitmire<br>James E Whitmire, Esq.<br>Nevada Bar No. 6533<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant<br>One Nevada Credit Union* |

## ORDER

Based on the parties' stipulation [ECF No. 31] and with good cause appearing and no cause to delay, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Motion to Dismiss **[ECF No. 9] is DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 3, 2017